UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 OCT 12  PM 2: 51

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| JESSICA AUCLAIR, | ) | 2:23-cr-115-1 |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

### Count One

Between in or about March 2022 through in or about June 2022, in the District of Vermont and elsewhere, the defendant, JESSICA AUCLAIR, and other individuals, known and unknown, knowingly and willfully conspired to distribute cocaine base and fentanyl, Schedule II controlled substances.

(21 U.S.C. §§ 846, 841(a), and 841(b)(1)(C))

_____ (ZBS)
NIKOLAS P. KEREST
United States Attorney
Burlington, Vermont
October 12, 2023